UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Cheryl and Scott Ovenshire | ) | CASE NO. 13-57626-MHM |
| | ) | |
| Debtors. | ) | |

**MOTION TO SHORTEN NOTICE AND REQUEST FOR EXPEDITED
HEARING ON EMERGENCY MOTION TO SELL PERSONAL PROPERTY**

COME NOW, CHERYL AND SCOTT OVENSHIRE ("Debtors") by and through Counsel and files this "Motion to Shorten Notice and Request for Expedited Hearing on Emergency Motion to Sell Personal Property". In support, Debtors offer the following:

1.

Jurisdiction is proper pursuant to 22 U.S.C. §§ 1334 and 157. Venue is proper pursuant to 28 U.S.C. § 1409.  This matter is a core proceeding as defined in 28 U.S.C.§§ 157(b).

2.

This motion is brought pursuant to Local Bankruptcy Rule 9013-4.

3.

The instant chapter 13 case was initiated by Debtors filing a voluntary petition on April 4, 2013.

4.

The Debtors filed their Motion to Sell on April 29, 2014 seeking this Court's authority to sell a 2004 Honda CRV (the "Vehicle") to partially cure the alleged mortgage arrears on their principal residence.

5.

The Motion for Relief from the Automatic Stay on the Debtors' principal residence filed by U.S. Bank is scheduled for hearing on May 8, 2014 at 1:15 p.m.

6.

Debtors request that the hearing on their Motion to Sell be set for the same date and time as U.S. Bank's Motion for Relief. The Vehicle is not encumbered, and the Debtors need the proceeds from the sale to go toward the alleged arrearage to save their principal residence from foreclosure.

WHEREFORE, for all of the foregoing reasons, the Debtors move the Court to enter an Order: (a) shortening the notice period on the Motion to Sell and scheduling the hearing on an expedited basis for May 8, 2014 at 1:15 p.m. and (b) granting the Debtors such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED this 29th day of April, 2014

By:  /s/ Will B. Geer
Will B. Geer
Georgia Bar No. 940493

333 Sandy Springs Circle, NE, Suite 225
Atlanta, Georgia 30328
(678) 587-8740 (telephone)
(404) 287-2767 (facsimile)
willgeer@willgeerlaw.com (e-mail)
Attorney for the Debtors